# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142840

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re APPLICATION OF CONSUMERS ENERGY
COMPANY FOR RATE INCREASE.
_____/

PHIL FORNER,
      Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
and CONSTELLATION NEW ENERGY, INC.
      Appellees,

SC: 142840
COA: 288728
PSC: 00-015245

and

CONSUMERS ENERGY COMPANY,
      Petitioner-Appellee.
_____/

On order of the Court, the application for leave to appeal the December 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

h0829